UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SERELLA ROWLAND** | * | CASE NO.: 2:21-cv-01003-NJB-DMD |
| | * | |
| **VERSUS** | * | **DISTRICT JUDGE:** |
| | * | **NANNETTE J. BROWN** |
| **JOSEPH P. LOPINTO, III, JOSHUA** | * | |
| **HUGHES, KYLE MILLER** | * | **MAGISTRATE JUDGE:** |
| | * | **DANA M. DUGAS** |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel, come Plaintiff, Serella Rowland (hereafter, "Plaintiff"), who hereby submit the following preliminary list of witnesses and exhibits:

**A.     Plaintiff's May Call Witness List**

1. Serella Rowland
2. Librada Turner
3. Alfonso Rowland
4. Dasia Rowland
5. Winches Turner
6. William Turner
7. Jerome Turner
8. Nicole Williams
9. Joshua Allen
10. Deputy Kyle Miller
11. Deputy Joshua Hughes
12. Sergeant Dennis Lynch
13. Sergeant Michael Oliver

1

14. Lieutenant Rene Lacombe

15. Det. Kurt Zeagler

16. Sgt. Donald Clogher

17. Sheriff Joseph P. Lopinto, III

18. Det. Ryan Vaught

19. Det. Brad Roniger

20. Det. Blaine Howard

21. Det. Scott Bradley

22. Det. Jesus Falcon

23. Lt. Jamie Perque

24. Sgt. Brandy Usey

25. Dep. Gerald Favaloro

26. Dep. Renoid Berthelot

27. Dep. Chantelle Landeche

28. Dep. Chief Tim Scanlan

29. Dep. Brittany Jenkins

30. Dep. Keith Champagne

31. Dep. James Locascio

32. Erin Mathis (Jefferson Parish Coroner's Office)

33. Dana Trosclair, M.D. (Jefferson Parish Coroner's Office)

34. Gerry Cvitanovich (Jefferson Parish Coroner's Office)

35. Paramedic Scott Stein

36. Paramedic Johnathan Hendrickson

37. Paramedic Richard Hester

38. Kelly Leduff (Plaintiff's use of force expert)

39. Jeff Leduff (Plaintiff's use of force expert)

40. Kerry J. Najolia (Defendants' use of force expert)

41. Arnold Wharton

42. Charles Carter

43. Oscar Valentine

44. Christopher Tape, M.D. (re independent autopsy of Modesto Reyes)

44. Any fact witness listed and/or identified by any other party on its witness list

45. Any person needed to authenticate any document to be introduced at trial

46. Any impeachment or rebuttal witness that becomes necessary

Plaintiff reserves the right to supplement this Witness List, as discovery is still ongoing.

**B.     Plaintiff's Exhibit List**

1. Any and all Public Records Request documents received from Jefferson Parish Sheriff's Office regarding the subject incident sued upon

2. Any and all documents relating to JPSO Item Number E-19577-20, including any reports; supplements; photos/crime scene photos; videos; statements (whether audio statement, video statement, or transcribed audio/video statement) including videotaped statements of Deputy Joshua Hughes, Deputy Kyle Miller and Deputy Brittany Jenkins; and crime laboratory documents and requests contained in Item E-19577-20

3. Any and all of Modesto Reyes' medical records and EMS transport records (as they pertain to the subject incident)

4. All 911 call information, recordings, and radio transmissions collected under JPSO Item E-19577-20

5. Any and all autopsy and toxicology reports with respect to the death of Modesto Reyes, including the independent autopsy from Louisiana Forensics, LLC

6. Any and all video surveillance and video recordings of or near the subject incident, including video footage from 517 Eiseman Street in Marrero, Louisiana; video footage from the Taser of Deputy Kyle Miller; any Jefferson Parish crime camera footage; any JPSO squad car dash-camera recordings; and any other video surveillance recordings pertaining to the subject incident on May 27, 2020

7. Any and all photos of Modesto Reyes at or near the scene of the subject incident on May 27, 2020, including all crime scene photos

8. Any relevant and admissible exhibit listed or used by any other party

9. Any documents produced by any party during discovery

10. Any and all documents necessary for impeachment

11. Any Exhibit identified through discovery and or listed or utilized by any other party to this litigation

Plaintiff reserves the right to supplement this Exhibit List, as discovery is still ongoing.

Respectfully submitted,

*/s/ Lance C. Unglesby*
**UNGLESBY LAW FIRM**
Lance C. Unglesby (#29690)
Lewis O. Unglesby (#12498)
Adrian M. Simm, Jr. (#36673)
246 Napoleon Street
Baton Rouge, LA 70802
Phone: (225) 387-0120
Facsimile: (225) 335-4355

**DEDRICK A. MOORE**
**ATTORNEYS AT LAW, LLC**
Dedrick A. Moore (#30329)
4962 Florida Blvd.
Baton Rouge, LA 70806
Phone: (225) 412-0412
Facsimile: (225) 412-0414

**CERTIFICATE OF SERIVCE**

4

I hereby certify that a true and correct copy of the foregoing Witness and Exhibit List has been electronically filed with the Clerk of Court using the CM/ECF system. Notice and a copy of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

Dated this 23rd day of May 2022, in Baton Rouge, Louisiana.

*/s/ Lance C. Unglesby*
Lance C. Unglesby